# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1398. A14A1399.   ROBIN ANN SIMMS v. NEW CENTURY MORTGAGE CORPORATION, et al.**

Robin Ann Simms filed a quiet title action against New Century Mortgage Corp. and multiple other defendants.  After the trial court dismissed the complaint, Simms appealed to this Court.  See Case No. A14A1398.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this case involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.

In a related appeal, Simms seeks review of the trial court's subsequent order conditioning supersedeas on the payment of a bond.  See Case No. A14A1399.  In the interest of judicial economy, that appeal is also TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/24/2014
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*